Federal court

FILED
IN CLERKS OFFICE
2026 AUG 27 P 4: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

Joel Jeannite 1756 DORCHESTER AVE BOSTON MASS 02124

vs.

HENRY (STERIOD BLACKMAN WITH DREADS) BADGE #3968 (INSURANCE BADGE NEEDS A LIEN)

520 FELLSWAY MEDFORD MASS 02155

john doe or jane doe (dispatcher who breach data providing unconsent info)

AFFADAVIT OF FACT

1. on 8/26/26 around 5:44 I was TRAVELING by 520 fellsway Medford state police barracks.

2. A state police cruiser almost a head collision coming of the island grassy section. I stop and he high beam me to keep going and he maneuver behind my car and begin to follow me.

3.A couple minutes he activated his lights and pulled me over.

4.he stated he is trooper henry and ask me why window is tented and demand license and registration.

5.i told him I'm out of state driver and your mass tent laws don't apply to me sir. I have never obtain any tent citations. Since I filed a complaint against troop Douglas a black trooper this henry trooper could be friends with him and unconstitutionally targeting me.

6. he later issued me a racketeering and extortion citation to meet his monthly criminal quota.

7. HENRY basically said to me since YOU sued so many white KKK members on the police force he's going to issue me a citation (HENRY IS OVER FILLED WITH SELF HATE TO BE BLACK). ALSO henry needs to submit a hair sample for drug testing for any illegal substances. Henry seem to have steroid RAGES attitude towards the public. In addition, Henry is possibly part of the racist inner circle criminal network control by the proctor and Tully group. All tax payer needs to feel safe and make sure no civil servants are possibly under the influence of drugs while on patrol. THE PUBLIC NEED TO SOPENA HIS MEDICAL RECORDS TO CHECK IF HENRY HAS ANY HISTORY OF MENTAL ILLNESS.

8.HENRY is possible being used by KKK POLICE MEMBERS to target person of color, so people cannot have used the race card during any targeted traffic stops. HENRY IS ONE OF THOES OFFICER WHO ENGAGE IN WEIRD RITUALS THAT INVOLVES A JIM CROW SPIRIT TO POSSESS HIM BEFORE ENAGAING THE PUBLIC.THIS BROTHER IS A VICTIM OF Stockholm syndrome WHICH is a psychological phenomenon where hostages or abuse victims develop a positive emotional bond or sympathy with their captors.

**Lynchings:** White mobs murdered thousands of Black Americans over a century to enforce racial segregation and fear. Read more about this on the History of Lynching in America by the NAACP. [1, 2]

- **Tulsa Race Massacre (1921):** A white mob and local police bombed and destroyed 35 blocks of a wealthy Black neighborhood in Tulsa, Oklahoma, killing an estimated 300 people. [1]
- **Native American Atrocities:** Early American expansion involved state-backed and mob violence that wiped out large parts of Indigenous populations, such as the Sand Creek Massacre. []

Henry is waring against the U.S Constitution when stated he don't care about title 18 U.S.C 241 18 U.S.C. § 242 makes it a federal crime for anyone acting under color of law to willfully deprive a person of constitutional or legal rights, with penalties ranging from fines to life imprisonment or death depending on injury or death. (I Joel jeannite have a right to operate my conveyance in any US soil without threat under duress. and extortion)

9.1. Federal Law Protecting My Information Under the Driver's Privacy Protection Act (DPPA), 18 U.S.C. §§ 2721–2725, it is unlawful for any state DMV, law enforcement agency, court, or private entity to knowingly obtain, resell, or use personal information from a motor vehicle record for unauthorized purposes. This includes names, addresses, and other identifying details linked to a driver's license or traffic citation.

My home address is not generally part of the public court docket. If your firm acquired it through my driver's license record or the citation record provided by law enforcement, you are in possession of restricted data in violation of federal law.

2. Legal Claims Preserved

This notice preserves my right to file claims for:

- Violation of the DPPA (federal lawsuit)
- State invasion of privacy — intrusion upon seclusion and public disclosure of private facts
- Misuse of official capacity (Tex. Penal Code § 39.02, if applicable)
- Civil rights violations under 42 U.S.C. § 1983 for unlawful use of personal data obtained under color of law

(HALE VS. HENKLE 201 US.43)

THOMSON VS SMITH 154 SE 579) THE RIGHT OF PERSON TO TRAVEL UPON THE PUBLIC HIGHWAYS AND TO TRANSPORT HIS PROPERTY THEREON EITHER BY CARRIAGE OR AUTOMOBILE IS NOT A MERE PRIVILEGE WHICH A CITY MAY PROHIBIT OR PERMIT ATWILL, BUT COMMON RIGHT WHICH HE HAS UNDER THE RIGHT TO LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS.

I M SEEKING 28 MILLION DOLLARS IN COMPENSATORY DAMEGES AND PUNITIVE DAMAGES FROM TROOPER HENERY. HENRY NEEDS TO MAKE PLANS TO LIQUADTE ALL HIS ASSET AND ANY FUTURE INHERTENCE TO SATISFY THIS CLAIMS.